FILED
2026 Mar-09 PM 05:00
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 5:26-cr-84-HNJ** |
| | ) | |
| **RONALD A. HICKMAN** | ) | |

# INFORMATION

The United States Attorney charges:

**COUNT ONE**: Title 18, United States Code, Section 13, assimilating Section 13A-6-65(a)(3) of the Code of Alabama. **Sexual Misconduct.**

That on or between the 18th day of February 2025 within the Northern District of Alabama, the Defendant, **RONALD A. HICKMAN**, on land acquired for the use of the United States and under the exclusive territorial jurisdiction thereof, that is, Redstone Arsenal, Alabama, by pulling on the back of L.S. trousers without her consent and attempting to look down her pants, in violation of Section 13A-6-65(a)(3) of the Code of Alabama, as assimilated by Title 18, United States Code, Section 13.

**COUNT TWO**: Title 18, United States Code, Section 13, assimilating Section 13A-6-65(a)(3) of the Code of Alabama. **Sexual Misconduct.**

That on or about the 3rd day of March 2025 within the Northern District of Alabama, the Defendant, **RONALD A. HICKMAN**, on land acquired for the use of the United States and under the exclusive territorial jurisdiction thereof, that is, Redstone Arsenal, Alabama, grabbed and squeezed the buttocks of L.S. with his

hand and without her consent, in violation of Section 13A-6-65(a)(3) of the Code of Alabama, as assimilated by Title 18, United States Code, Section 13.

CATHERINE L. CROSBY
Acting United States Attorney

*/s/ Electronic Signature*
SEAN HARSHEY
Special Assistant United States Attorney